**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALLAN STILWELL, JR.,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-1109-Orl-22GJK**

**HIPPO ROOFING, LLC. and WILLIAM STILLWELL,**

        **Defendants.**

_____

**ORDER**

This cause is before the Court on the Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. No. 15) filed on October 27, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, including the Joint Notice of No Objection (Doc. No. 17), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 15, 2011 (Doc. No. 16) is ADOPTED and CONFIRMED and made a part of this Order.

      2.      The Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. No. 15) is GRANTED to the extent that the Court finds the parties' settlement is fair and reasonable.

      3.      This case is DISMISSED WITH PREJUDICE.

      4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 23, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge